IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | 2:13-CR-106(1) |
| v. : | JUDGE SARGUS |
| : | |
| VALERIO V. ALEXANDER, : | |
| : | |
| Defendant. : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 6, 2014, this Court entered a Preliminary Order of Forfeiture (Doc. 92), ordering the above-named Defendant Valerio V. Alexander to forfeit to the United States the property subject to forfeiture in Forfeiture A of the Indictment pursuant to 18 U.S.C. §1594(e);

WHEREAS, for 30 consecutive days beginning March 18, 2014, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged interest in the property (Doc. 109).

There are no parties known to the United States who may have an interest in the forfeited property;

WHEREAS, on January 29, 2015, this Court held Defendant Valerio V. Alexander's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on January 30, 2015, issued its Judgment (Doc. 133) ordering Defendant Valerio V. Alexander to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant Valerio V. Alexander had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §1594(e) for violations of 18 U.S.C. §1591 and 18 U.S.C. §1594.

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

    (1)　　(1) One (1) Samsung SPH-M580 cellular telephone, HEX number A0000029FE980B, including its contents; and

    (2)　　(2) One (1) Motorola WX442 cellular telephone, HEX number A0000022F1249E, including its contents.

2. That the designated agent for Immigration and Customs Enforcement / Homeland Security Investigations shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

ORDERED this 5th day of Jan, 2016.

_____
HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Heather A. Hill
HEATHER A. HILL (6291633)
Assistant United States Attorney
Attorney for Plaintiff

3